IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

No. C 13-80197 WHA

IN THE MATTER OF

Melvin Lee Emerich – #118180

**ORDER OF SUSPENSION**

/

    Because Melvin Lee Emerich has failed to respond to the order to show cause, Mr. Emerich's membership in the bar of this Court is hereby **SUSPENDED**.

    **IT IS SO ORDERED.**

Dated:   October 24, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE