IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Melvin Lee Emerich – #118180

                                             /

No. C 13-80197 WHA

**ORDER OF SUSPENSION**

     Because Melvin Lee Emerich has failed to respond to the order to show cause, Mr. Emerich's membership in the bar of this Court is hereby **SUSPENDED**.

     **IT IS SO ORDERED.**

Dated: October 24, 2013.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE